No. 43. ILLINOIS EX REL. WOODS *v.* TUOHY, PRESIDING JUSTICE, ET AL.; and

No. 125. WOODS *v.* NEW YORK, CHICAGO & ST. LOUIS RAILROAD Co. Supreme Court of Illinois. The motions

to strike petitioner's reply briefs are denied. Certiorari denied. *Harry G. Fuerst* and *Harry P. Warner* for petitioner. *Harold A. Smith* for respondents.